# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF MISSOURI

FILED
APR 2 8 2016
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

United States of America
v.
GEORGE WILLIAM PATTERSON

Case No. 4:16 MJ 5121 NAB

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date(s) of December 2015 to April 27, 2016 in the county of Gasconade ~~Franklin~~ County in the Eastern District of Missouri, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC Section 2252A(a)(2) | Receipt of Child Pornography |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Complainant's signature*

Jacob Walk, Det. and FBI TFO
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 04/28/2016

*Judge's signature*

City and state: St. Louis, Missouri

Honorable Nannette A. Baker, U.S. Magistrate Judge
*Printed name and title*